DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 354-6331
Fax: (415) 982-4243
dmedearis@baylegal.org

Attorney for Plaintiff,
NATHAN EDLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN EDLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. 3:18-cv-03423-EDL<br><br>**STIPULATION TO SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER** |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a second extension of time of 30 days to file his Motion for Summary Judgment in response to Defendant's Answer. The current due date for Plaintiff's Motion for Summary Judgment is February 13, 2019. The new due date for filing Plaintiff's Motion for Summary Judgment would be March 15, 2019.

　　　　This first extension was requested when Plaintiff was Pro Se, so that he would have enough time to find an attorney. The undersigned substituted in as Plaintiff's Attorney on December 6, 2018. Plaintiff's attorney needs more time to prepare Plaintiff's Motion for

STIPULATION TO SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE
MOTION FOR SUMMARY JUDGMENT; Case No. 3:18-cv-03423-EDL

Summary Judgment due to having to take time off from work due to illness, three state administrative hearings scheduled on the same day that Plaintiff's motion is currently due, and a heavy caseload. Plaintiff sincerely apologizes to the Court and to the Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: 02/11/2019

ALEX G. TSE
United States Attorney
SARA WINSLOW,
Chief, Civil Division
By: */s/ Chantal Renee Jenkins*
(*as authorized by e-mail on 2/11/2019)
CHANTAL RENEE JENKINS,
Special Assistant United States Attorney
Attorneys for Defendant

Dated: 02/11/2019

*/s/Donald H. Medearis*
DONALD H. MEDEARIS
Attorney for Plaintiff

ORDER:

APPROVED AND SO ORDERED

Dated: 2/12/19

By: _____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION TO SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT; Case No. 3:18-cv-03423-EDL